UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Robert Raichel (Pro Se)
2-13 31st Street
Fair Lawn, NJ 07410

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

GARY L. RIVELES, ESQ.
AMELIA D. BROWN, ESQ.
DAVID ARBIT M.D.
JONATHAN RESNICK M.D.
MARILYN YAFFEE
JERROLD YAFFEE
GWYNETH PALTROW
Borough of Fair Lawn, New Jersey
WELLS FARGO

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name             Robert Raichel - Pro Se
           Street Address   2-13 31st Street
           County, City     Borough of Fair Lawn, County of Bergen
           State & Zip Code State of New Jersey 07410
           Telephone Number 201-509-8586

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name GARY L. RIVELES + AMELIA D. BROWN, ESQ
Street Address 240 CEDAR KNOLLS ROAD, SUITE 1A
County, City COUNTY OF MORRIS - MUNICIPALITY OF CEDAR KNOLLS
State & Zip Code STATE OF NEW JERSEY 07927

Defendant No. 2
Name DAVID ARBIT + JONATHAN RESNICK (M.D.)
Street Address 31-00 BROADWAY
County, City Borough of FAIR LAWN, COUNTY of Bergen
State & Zip Code STATE OF NEW JERSEY - 07410

Defendant No. 3
Name JERROLD YAFFEE + MARILYN YAFFEE
LAST KNOWN Street Address 33-14 NORWOOD (33-14 Norwood Dr)
County, City Borough of FAIR LAWN, County of Bergen
State & Zip Code STATE OF NEW JERSEY - 07410

Defendant No. 4
Name GWYNETH PALTROW
Street Address 2-11 31ST STREET 2-07 31st Street
County, City Borough of FAIR LAWN, COUNTY of BERGEN
State & Zip Code STATE OF NEW JERSEY - 07410

ADDITIONAL DEFENDANTS - OTHER SIDE +/OR ADDITIONAL pa

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions   [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? U.S.C.A. - 42 U.S.C.A. - 1981 - 1982 - 1983 - 1985 - 1986 - Violation of Civil Rights + Rights Relating to Equal Protection of the Law

-2-

42 U.S.C.A - 1994 - PEONAGE

DISREGARD THE FOLLOWING ADDITIONAL PG

8. - ADDITIONAL DEFENDANTS

Borough of Fair Lawn, New Jersey
8-01 Fair Lawn Avenue
County of Bergen, Borough of Fair Lawn
State of New Jersey 07410

Wells Fargo
Doing Buisness At - 115 Broadway
Borough of Elmwood Park, County of Bergen
State of New Jersey - 07407

8. ADDITIONAL DEFENDANTS

Borough of Fair Lawn, New Jersey
8-01 Fair Lawn Avenue
County of Bergen, Borough of Fair Lawn
State of New Jersey 07410

Wells Fargo
Doing Buisness at - 115 Broadway
Borough of Elmwood Park, County of Bergen
State of New Jersey - 07407

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? MAINLY IN THE BOROUGH OF FAIR LAWN, but NOT LIMITED THERETO

B. What date and approximate time did the events giving rise to your claim(s) occur? CONSPIRATORIAL ACTIVITY OVER 3 DECADES, AGGRAVATED by BANK FRAUD IN 2015 - MEDICAL MALPRACTICE IN 2016 + COVER UP TO DATE - ASSAULT + BATTERY + HOME INVASION IN 2017 + 2018 - MUNICIPAL MALFEASANCE IN 2017 + 2018.

C. [What happened to you?] Facts: APPARENTLY but NEVER SPECIFICALLY STATED by DEFENDANTS, PLAINTIFFS WORDS OR DEEDS RESULTED IN COMMUNITY + PERSONAL GREIVANCES TO DEFENDANTS. IN 2015 - SEVERAL FRAUDULENT TRANSACTIONS APPEARED ON PLAINTIFFS BANK STATEMENTS which Though OSTENSIBLY REDRESSED APPEAR TO HAVE CAUSED AN ONGOING FINANCIAL INJURY TO PLAINTIFF, AND SUBSEQUENT TAX

[Who did what?] DELINQUENCIES + TAX SALES by THE BOROUGH of FAIR LAWN. SAID FRAUDULENT / CHECK LISTINGS WERE THE RESULT OF ACCESS TO PLAINTIFFS BANK RECORDS WITH DEFENDANT BANK. THE SPECIFICS OF THE ACTS OF FRAUD RELATED TO EVENTS INVOLVING PLAINTIFF + his

[Was anyone else involved?] PERSONAL HISTORY WITH DEFENDANTS YAFFEE + APPEARS TO HAVE BEEN ACCESSED by DEFENDANT PALTROW. PLAINTIFF ATTEMPTING TO REDRESS SAID FRAUD + OTHER VIOLATIONS of his PROPERTY (REAL + PERSONAL) HAS OBTAINED A DEFAULT JUDGMENT IN THE SUPERIOR COURT of NEW JERSEY - Bergen - L6226-17. (AWAITING

[Who else saw what happened?] FINAL JUDGMENT / STATUS MADE DIFFICULT by THE YAFFEE APPARENT FRAUDULENT EVASION OF SERVICE. THIS SUIT IN SUPERIOR COURT of NEW JERSEY WAS COMMENCED ON SEPTEMBER 11, 2017. ON SEPTEMBER 20, 2017 A BOX WAS DELIVERED UNORDERED TO PLAINTIFF TRIGGERING A STRONG ALLERGIC REACTION + AFTER ITS REMOVAL + SABOTAGE PLAINTIFF WAS THROWN IN TO HIS PREMISES

-3-

FAILURE OF BOROUGH POLICE TO INVESTIGATE FURTHER OR FOLLOW UP. A PATTERN OF MENACING ACTS IN THE VICINITY OF PLAINTIFFS RESIDENCE HAVE ENSUED TO DATE INCLUDING MYSTERIOUS SURVEILLANCE & EAVESDROPPING ON T OF PLAINTIFF. PLAINTIFF REPORTED THIS TO BOROUGH POLICE THESE ADDITIONAL EVENTS. ON 10/28 THE OFFICERS WHO RESPONDED DID NOT INVESTIGATE, BUT RATHER DUE TO

### IV. Injuries:

THE CELEBRITY OF ONE OF THE DEFENDANTS WHEN MENTIONED BY PLAINTIFF ATTEMPTED TO HAVE PLAINTIFF VOLUNTARILY COMMIT HIMSELF AT NEW BRIDGE HOSPITAL FOR PSYCHIATRIC TREATMENT. THIS ATEMPT WAS ABORTED WHEN PLAINTIFF DESCRIBED HIS ALLERGIC REACTION IN DETAIL TO THE OFFICERS. SAID REACTIONS & SEVERAL SINCE APPEAR TO HAVE BEEN POSSIBLY ANAPHALACTIC & RESULTING FROM PLAINTIFFS ALLERGY TO EPINEPH-RINE TREATMENTS COULD HAVE BEEN LIFE THREATENING. PLAINTIFFS REACTION APPEARED TO HAVE BEEN RELATED TO DEFENDANT DOCTORS POSSIBLE MALPRACTICE. PLAINTIFF ATTEMPTED TO REDRESS DEFENDANT DOCTORS ACTS OR OMISSIONS WITH AN ADDITIONAL LAWSUIT - SUPERIOR

### V. Relief:

COURT OF NJ - BERGEN L-7063-17 - FILED 10/11/17. SAID LAWSUIT WAS DISMISSED WITH PREJUDICE AS A RESULT OF PLAINTIFFS INABILITY TO OBTAIN A MEDICAL CERTIFICATE OF MERIT. OBTAIN-ING SUCH A CERTIFICATE WAS MADE IMPOSSIBLE OR EXTREMELY DIFFICULT by DEFENDANT DOCTORS & THEIR ATTORNIES FRAUDULENT AND UNETHICAL ACTS INCLUDING BUT NOT LIMITED TO FRAUDULENT WITHHOLDING OF NECCESARY ANSWERS TO PLAINTIFFS MANDATORY INTERROGATORIES, HIS ADDITIONAL INTERROGATOR. & NOTICE TO PRODUCE RELATING TO MEDICAL ISSUES BY DOCTORS. DEFENDANT ATTORNIES SUBMITTED INTERROGATORIES WHICH WERE ALLEGED TO BE LEGALLY MANDATED by NEW JERSEY COURT RULES, BUT WERE IN FACT DOCTORED VERSIONS OF SAID MANDATED INTERROGATORISES CAUSING A FAILURE TO ASK FOR FACTS OR OPINIONS OF PLAINTIFF WHICH MAY HAVE BEEN HARMFUL TO SAID DOCTORS LEGAL OR CRIMINAL INTERESTS.

-4-

PLAINTIFF IS SEEKING EQUITABLE RELIEF BY AN

AND HARASSING ACTIVITIES + ORDERING THE APPROPRIATE AUTHORITIES TO COMMENCE A SERIOUS CRIMINAL INVESTIGATION OF PLAINTIFFS ALLEGATIONS AS BROUGHT TO POLICE ATTENTION

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4 day of June, 2018.

Signature of Plaintiff: Robert Raichel
Mailing Address: 2-13 31ST STREET
FAIR LAWN, NJ 07410
Telephone Number: 201-509-8586
Fax Number (if you have one): ———
E-mail Address: robert.raichel7@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

-5-